IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH RAY PITTS**  **PLAINTIFF**
**ADC #85938**

v.          CASE NO. 4:21-CV-00225-BSM

**ROSE NEWBY,** *et al.*        **DEFENDANTS**

## ORDER

After reviewing United States Magistrate Judge J. Thomas Ray's proposed findings and recommendations (RD) [Doc. No. 11] and the entire record *de novo*, the RD is adopted. Kenneth Pitts's case is dismissed without prejudice. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 28th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE