IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH RAY PITTS**  **PLAINTIFF**
**ADC #85938**

v.  CASE NO. 4:21-CV-00225-BSM

**ROSE NEWBY,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE